**Order filed July 25, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00006-CV
_____

**JASON MICHAEL MERRILL, Appellant**

**V.**

**SPRINT WASTE SERVICES LP AND JOSE LUIS GONZALEZ, Appellee**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2013-60963

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Plaintiff's Exhibits 4, 5, 6, 97, 176, 185, and Defendant's Exhibits 2, 3, 4, 136, 138, videos.**

The clerk of the 61st District Court is directed to deliver to the Clerk of this court the original of Plaintiff's Exhibits 4, 5, 6, 97, 176, 185, and Defendant's Exhibits 2, 3, 4, 136, 138, videos, on or before **August 03, 2017.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Plaintiff's Exhibits 4, 5, 6, 97, 176, 185, and Defendant's Exhibits 2, 3, 4, 136, 138, videos, to the clerk of the 61st District Court.

PER CURIAM